| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CXE 20-027537<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER | Order Filed on May 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>JEFFREY E NEWTON, DEBTOR | CASE NO.: 20-14571-ABA<br><br>HEARING DATE: MAY 27, 2020<br><br>JUDGE: HONORABLE ANDREW B. ALTENBURG, JR. |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 19, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Moshe Rothenberg, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 1021 Buckshutem Road, Bridgeton, NJ 08302.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $1,562.56; as evidenced in Secured Creditor's Proof of Claim 12-1 filed on April 22, 2020.

3. Debtor(s) agrees to incorporate this amount, $1,562.56, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $1,367.13.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on March 27, 2020; ECF Doc.:13.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                  Date: 5-18-2020
_____
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____                              Date: 5/8/20
Moshe Rothenberg, Esquire
Attorney for the Debtor