B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of  New Jersey

In re  Jeffrey E Newton ,   Case No. 20-14571-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | Nationstar Mortgage LLC d/b/a Mr. Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
MidFirst Bank, Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 4982

Court Claim # (if known): 12
Amount of Claim: $151,117.83
Date Claim Filed: 04/22/2020

Phone: (877) 343-5602
Last Four Digits of Acct. #: 1865

Name and Address where transferee payments should be sent (if different from above):
MidFirst Bank, Bankruptcy Payments
999 NW Grand Boulevard, #100
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 4982

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Jenelle C. Arnold      Date: 07/20/2020
Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile: (619) 590-1385
E-mail: JArnold@aldridgepite.com

Agent for MIDFIRST BANK

In Re:

JEFFREY E NEWTON,

Case No.: 20-14571-ABA

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Honorable Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1. I, Ricardo Baharally :

   ☐ represent the _____ in the above-captioned matter.

   ☐ am the secretary/paralegal for ___, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

   ☒ See Attachment Page

2. On July 20, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 20, 2020

/s/ Ricardo Baharally
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey E Newton<br>1021 Buckshutem Road<br>Bridgeton, NJ 08302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michael T. Novick<br>Law Office of Milton W. Brown<br>38 North Broad Street<br>Woodbury, NJ 08096<br><br>Moshe Rothenberg<br>Law Office of Moshe Rothenberg<br>880 East Elmer Road<br>Vineland, NJ 08360 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br>ecfmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| District of New Jersey - Camden Division<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Jenelle C. Arnold_____, agent for the MIDFIRST BANK , secured creditor in the above captioned matter.