| DISTRICT OF NEW JERSEY |
| --- |
| UNITED STATES BANKRUPTCY COURT |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Lynn T. Nolan, Esq. - 039952011 |
| GROSS POLOWY, LLC |
| Formed in the State of Delaware |
| 2500 Plaza 5, Suite 2548 |
| Jersey City, NJ 07311 |
| (716)204-1700 |
| E-mail: lnolan@grosspolowy.com |
| Attorneys for Creditor MidFirst Bank |

In Re:

    JEFFREY E NEWTON

            Debtor(s).

Case No.: 20-14571-aba

Judge: Andrew B. Altenburg, Jr.

Chapter: 13

## CERTIFICATION OF SERVICE

1.    I, Nicole C. Gazzo:

   ☐ represent the MidFirst Bank in the above-captioned matter.

   ☒ am the secretary/ paralegal for Gross Polowy, LLC, who represents MidFirst Bank, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself

2.    On August 28, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Post-petition Mortgage Fees, Expenses, and Charges

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 28, 2020

*/s/ Nicole C. Gazzo*
Nicole C. Gazzo

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JEFFREY E. NEWTON<br>1021 Buckshutem Road<br>Bridgeton, NJ 08302 | Debtor | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| MICHAEL T. NOVICK<br>Law Office of Milton W. Brown<br>38 North Broad Street<br>Woodbury, NJ 08096 | Special Counsel | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| MOSHE ROTHENBERG<br>Law Office of Moshe Rothenberg<br>880 East Elmer Road<br>Vineland, NJ 08360 | Debtor's Attorney | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| ISABEL C. BALBOA<br>Chapter 13 Standing Trustee,<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| UNITED STATES TRUSTEE<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |