UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Jeffrey E. Newton

Case No.: 20-14571 ABA

Chapter: 13

Hearing Date: 3/2/2021

Judge: Andrew B. Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Creditor's Certification of Default filed on February 18, 2021, document #49

_____

Date: 2/24/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*