Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  20−14571−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey E Newton
   1021 Buckshutem Road
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−5521

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 May 25, 2021
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*53* − Certification in Opposition to (related document:52 Creditor's Certification of Default (related document:37 Motion for Relief from Stay re: re: 1021 Buckshutem Road, Bridgeton, NJ 08302. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, Motion for Relief from Co−Debtor Stay of Barbara Allen−Newton, 42 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 05/3/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Moshe Rothenberg on behalf of Jeffrey E Newton. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.

Dated: May 3, 2021
JAN: lgr

                                                                                        Jeanne Naughton
                                                                                      Clerk