UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                             Case No.:      _____

                                                     Chapter:       _____

                                                       Judge:         _____

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

_____, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

> Address of the Clerk:

If an objection is filed, a hearing will be held before the Honorable _____ on _____ at _____ a.m. at the United States Bankruptcy Court, courtroom no. _____, _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of action:

> Pertinent terms of settlement:
>
> Debtor's personal injury attorney will distribute the amount of $34,313.00 to debtor. The amount of $34,313.00 is within the exemptions permitted by the bankruptcy code, pursuant to 11 U.S.C. §§ 522(d)(11)(D) and 522(d)(5). The balance of any non-exempt proceeds shall be forwarded to Isabel C. Balboa, the Chapter 13 Trustee, for the benefit of unsecured creditors who file timely proof of claims.

Objections must be served on, and requests for additional information directed to:

Name:           _____

Address:       _____

Telephone No.:   _____

*rev.8/1/15*