UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jeffrey E. Newton

Case No.: 20-14571
Chapter: 13
Judge: ABA

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Jeffrey E. Newton__, __debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
U.S. Bankruptcy Court
401 Market St.
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg__ on __June 29, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __401 Market St., Camden, NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury case on behalf of debtor, Jeffrey E. Newton

Pertinent terms of settlement:
a. Gross Settlement:            $55,000.00
b. Total Costs:                 $1,634.35
c. Attorney's Fees:             $17,786.77
d. Medical Expenses:            $825.19
e. Net Proceeds Due to Debtor:  $34,753.69

Debtor's personal injury attorney will distribute the amount of $34,313.00 to debtor. The amount of $34,313.00 is within the exemptions permitted by the bankruptcy code, pursuant to 11 U.S.C. §§ 522(d)(11)(D) and 522(d)(5). The balance of any non-exempt proceeds shall be forwarded to Isabel C. Balboa, the Chapter 13 Trustee, for the benefit of unsecured creditors who file timely proof of claims.

Objections must be served on, and requests for additional information directed to:

Name: Moshe Rothenberg, Esq.

Address: 880 E. Elmer Road, Vineland, NJ 08360

Telephone No.: 856-236-4374

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-14571-ABA
Jeffrey E Newton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Jun 01, 2021      Form ID: pdf905      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey E Newton, 1021 Buckshutem Road, Bridgeton, NJ 08302-3127 |
| aty | + | Michael T. Novick, Law Office of Milton W. Brown, 38 North Broad Street, Woodbury, NJ 08096-4698 |
| 518768880 | | Eagles Trace Owners Management, PO Box 1227, Harrisonburg, VA 22803-1227 |
| 518803676 | + | Figi's Gifts, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768883 | | First Premier bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518768884 | + | Genesis card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 518931077 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MIDFIRST BANK, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518768885 | | Meridian Financial, 1636 Hendersonville Rd Ste 135, Asheville, NC 28803-3057 |
| 518781606 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518768887 | | Nationstar, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518809187 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 518768889 | + | Radius Global Solutions, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3117 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2021 22:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2021 22:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jun 01 2021 22:42:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518768877 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 01 2021 22:42:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034-1846 |
| 518768874 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 01 2021 22:56:50 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518768875 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2021 22:43:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 518803682 | + | Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:45:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768876 | | Email/Text: bankruptcy@credencerm.com | Jun 01 2021 22:44:00 | Credence Resource Managememt, PO Box 2300, Southgate, MI 48195-4300 |
| 518768878 | | Email/Text: clientservices@credit-control.com | Jun 01 2021 22:44:00 | Credit COntrol LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 518803680 | + | Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:42:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 518768879 | Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:42:00 | Dr Leonards/Carol Wright, 1515 S 21st St, Clinton, IA 52732-6676 |
| 518768881 | Email/Text: bknotice@ercbpo.com | Jun 01 2021 22:44:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518803672 | + Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:42:00 | Figi's Gallery, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768882 | Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:42:00 | Figis, PO Box 77001, Madison, WI 53707-1001 |
| 518824793 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2021 22:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518779089 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2021 23:03:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518795399 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2021 23:02:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518899848 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jun 01 2021 23:02:51 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73318-6077, MidFirst Bank, Bankruptcy Dept. 73118-6051 |
| 518899847 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jun 01 2021 23:02:51 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518768886 | Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:45:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518803684 | + Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:45:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768888 | Email/Text: banko@preferredcredit.com | Jun 01 2021 22:42:00 | Preferred Credit, PO Box 1679, Saint Cloud, MN 56302-1679 |
| 518840212 | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2021 22:43:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518805347 | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2021 22:43:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518768890 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2021 22:57:35 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518803674 | + Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:45:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518803678 | + Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:42:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518770609 | + Email/PDF: gecsedi@recoverycorp.com | Jun 01 2021 22:56:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518768891 | Email/Text: bankruptcy@sccompanies.com | Jun 01 2021 22:45:00 | The Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518768892 | Email/Text: bnc-bluestem@quantum3group.com | Jun 01 2021 22:44:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Lynn Therese Nolan | on behalf of Creditor MIDFIRST BANK ecfnotices@grosspolowy.com  lnolan@grosspolowy.com |
| Moshe Rothenberg | on behalf of Debtor Jeffrey E Newton moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8