| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>Attorney at Law<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on June 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| | Case No.:  20-14571 |
| | Chapter:  13 |
| In Re:<br>   Jeffrey E. Newton | Adv. No.:  N/A |
| | Hearing Date:  6/29/2021 @ 10:00 a.m. |
| | Judge:  Andrew B. Altenburg |

### ORDER TO APPROVE DISBURSEMENT OF PERSONAL INJURY PROCEEDS SETTLEMENT PROCEEDS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: June 29, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Jeffrey E. Newton
**Case No:** 20-14571/ABA
**Caption of Order:** to Approve Disbursement of Personal Injury Proceeds

Upon consideration of Jeffrey E. Newton's Motion for an Order Approving Post-Petition Release of Funds; and good cause appearing therefore, it is hereby

**ORDERED AND ADJUDGED** that:

1. The following disbursements from the debtor's personal injury case is hereby allowed, as follows:

    | | | |
    |---|---|---|
    | a. | Gross Settlement: | $55,000.00 |
    | b. | Total Costs: | $1,634.35 |
    | c. | Attorney's Fees: | $17,786.77 |
    | d. | Medical Expenses: | $825.19 |
    | e. | Net Proceeds Due to Debtor: | $34,753.69 |

2. Debtor's personal injury attorney will distribute the amount of $34,313.00 to debtor. The amount of $34,313.00 is within the exemptions permitted by the bankruptcy code, pursuant to 11 U.S.C. §§ 522(d)(11)(D) and 522(d)(5).

3. The balance of any non-exempt proceeds shall be forwarded to Isabel C. Balboa, the Chapter 13 Trustee, for the benefit of unsecured creditors who file timely proof of claims.