| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>Attorney at Law<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on June 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>　　Jeffrey E. Newton | Case No.:　　20-14571<br><br>Chapter:　　13<br><br>Adv. No.:　　N/A<br><br>Hearing Date: 6/29/2021 @ 10:00 a.m.<br><br>Judge:　　Andrew B. Altenburg |

**ORDER TO APPROVE DISBURSEMENT OF PERSONAL INJURY PROCEEDS SETTLEMENT PROCEEDS**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: June 29, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
**Debtor:**  Jeffrey E. Newton
**Case No:**  20-14571/ABA
**Caption of Order:** to Approve Disbursement of Personal Injury Proceeds

Upon consideration of Jeffrey E. Newton's Motion for an Order Approving Post-Petition Release of Funds; and good cause appearing therefore, it is hereby

**ORDERED AND ADJUDGED** that:

1. The following disbursements from the debtor's personal injury case is hereby allowed, as follows:

    | | | |
    |---|---|---|
    | a. | Gross Settlement: | $55,000.00 |
    | b. | Total Costs: | $1,634.35 |
    | c. | Attorney's Fees: | $17,786.77 |
    | d. | Medical Expenses: | $825.19 |
    | e. | Net Proceeds Due to Debtor: | $34,753.69 |

2. Debtor's personal injury attorney will distribute the amount of $34,313.00 to debtor. The amount of $34,313.00 is within the exemptions permitted by the bankruptcy code, pursuant to 11 U.S.C. §§ 522(d)(11)(D) and 522(d)(5).

3. The balance of any non-exempt proceeds shall be forwarded to Isabel C. Balboa, the Chapter 13 Trustee, for the benefit of unsecured creditors who file timely proof of claims.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 20-14571-ABA

Jeffrey E Newton                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                           Page 1 of 2

Date Rcvd: Jun 29, 2021              Form ID: pdf903                   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey E Newton, 1021 Buckshutem Road, Bridgeton, NJ 08302-3127 |
| aty | + Michael T. Novick, Law Office of Milton W. Brown, 38 North Broad Street, Woodbury, NJ 08096-4698 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021                      Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Lynn Therese Nolan | |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Jun 29, 2021 Form ID: pdf903 Total Noticed: 2

on behalf of Creditor MIDFIRST BANK ecfnotices@grosspolowy.com lnolan@grosspolowy.com

Moshe Rothenberg

on behalf of Debtor Jeffrey E Newton moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8