UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

REBECCA A. SOLARZ, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
rsolarz@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Jeffrey E. Newton

Case No.:     20-14571 ABA

Chapter:      13

Hearing Date: _____

Judge:        Andrew B. Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Status Change Form filed on July 28, 2021 at document#69

_____

Date: 7/30/2021                         /s/ Rebecca A. Solarz
                                        Signature

*rev.8/1/15*