| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>REBECCA A. SOLARZ, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>rsolarz@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Jeffrey E. Newton, debtor<br>Barbara Allen-Newton, co-debtor | Case No.:  20-14571 ABA<br><br>Chapter:  13<br><br>Hearing Date:  _____<br><br>Judge:  Andrew B. Altenburg |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Creditor's Certification of Default filed on July 26, 2021 at document#68

_____

Date: 7/28/2021                                /s/ Rebecca A. Solarz
                                                                Signature

*rev.8/1/15*