Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14571−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey E Newton
   1021 Buckshutem Road
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−5521

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 23, 2020.

On 12/29/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:           February 9, 2022
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 29, 2021
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 20-14571-ABA

Jeffrey E Newton                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                                Page 1 of 3

Date Rcvd: Dec 29, 2021                    Form ID: 185                             Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey E Newton, 1021 Buckshutem Road, Bridgeton, NJ 08302-3127 |
| aty | + | Michael T. Novick, Law Office of Milton W. Brown, 38 North Broad Street, Woodbury, NJ 08096-4698 |
| 518768880 | | Eagles Trace Owners Management, PO Box 1227, Harrisonburg, VA 22803-1227 |
| 518803676 | + | Figi's Gifts, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768883 | | First Premier bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518931077 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MIDFIRST BANK, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518768885 | | Meridian Financial, 1636 Hendersonville Rd Ste 135, Asheville, NC 28803-3057 |
| 518781606 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518768887 | | Nationstar, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518809187 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 518768889 | | Radius Global Solutions, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3132 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Dec 29 2021 20:21:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518768877 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 29 2021 20:21:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034-1846 |
| 518768874 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2021 20:26:52 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518768875 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2021 20:21:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 518803682 | + | Email/Text: bankruptcy@sccompanies.com | Dec 29 2021 20:21:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768876 | | Email/Text: bankruptcy@credencerm.com | Dec 29 2021 20:21:00 | Credence Resource Managememt, PO Box 2300, Southgate, MI 48195-4300 |
| 518768878 | | Email/Text: clientservices@credit-control.com | Dec 29 2021 20:21:00 | Credit COntrol LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 518803680 | + | Email/Text: bankruptcy@sccompanies.com | Dec 29 2021 20:21:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768879 | | Email/Text: bankruptcy@sccompanies.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 29 2021 20:21:00 | Dr Leonards/Carol Wright, 1515 S 21st St, Clinton, IA 52732-6676 |
| 518768881 | | Email/Text: bknotice@ercbpo.com | Dec 29 2021 20:21:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518803672 | + | Email/Text: bankruptcy@sccompanies.com | Dec 29 2021 20:21:00 | Figi's Gallery, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768882 | | Email/Text: bankruptcy@sccompanies.com | Dec 29 2021 20:21:00 | Figis, PO Box 77001, Madison, WI 53707-1001 |
| 518768883 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 29 2021 20:26:47 | First Premier bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518768884 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 29 2021 20:21:00 | Genesis card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 518824793 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2021 20:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518779089 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2021 20:26:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518795399 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2021 20:26:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518899848 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 29 2021 20:26:57 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73318-6077, MidFirst Bank, Bankruptcy Dept. 73118-6051 |
| 518899847 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 29 2021 20:26:57 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518768886 | | Email/Text: bankruptcy@sccompanies.com | Dec 29 2021 20:21:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518803684 | + | Email/Text: bankruptcy@sccompanies.com | Dec 29 2021 20:21:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768888 | | Email/Text: banko@preferredcredit.com | Dec 29 2021 20:21:00 | Preferred Credit, PO Box 1679, Saint Cloud, MN 56302-1679 |
| 518840212 | | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2021 20:21:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518805347 | | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2021 20:21:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518768890 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2021 20:26:48 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518803674 | + | Email/Text: bankruptcy@sccompanies.com | Dec 29 2021 20:21:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518803678 | + | Email/Text: bankruptcy@sccompanies.com | Dec 29 2021 20:21:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518770609 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2021 20:26:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518768891 | | Email/Text: bankruptcy@sccompanies.com | Dec 29 2021 20:21:00 | The Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518768892 | | Email/Text: bnc-bluestem@quantum3group.com | Dec 29 2021 20:21:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 20-14571-ABA    Doc 74    Filed 12/31/21    Entered 01/01/22 00:09:57    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: 185 | Total Noticed: 42 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021                                Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Lynn Therese Nolan | on behalf of Creditor MIDFIRST BANK ecfnotices@grosspolowy.com  lnolan@grosspolowy.com |
| Moshe Rothenberg | on behalf of Debtor Jeffrey E Newton moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9