| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Ashley M Pascuzzi, Esq. - 272502018<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716) 204-1700<br>E-mail: apascuzzi@grosspolowy.com<br>Attorneys for Creditor MidFirst Bank |
| In Re:<br><br>JEFFREY E NEWTON<br><br>　　　　Debtor(s). |

Order Filed on April 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-14571-aba

Hearing Date: April 27, 2022

Judge: Andrew B. Altenburg, Jr.

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, MIDFIRST BANK, TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: April 7, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: Jeffrey E. Newton
Case No.: 20-14571-ABA
Caption of Order: Consent Order Resolving Objection of Secured Creditor, MidFirst Bank, to Confirmation

---

**THIS MATTER** having come before the Court on the Objection to Confirmation of Plan (Docket #26) filed by GROSS POLOWY, LLC, counsel for Secured Creditor, MidFirst Bank, as to the real property commonly known as 1021 Buckingham Road, Bridgeton, NJ 08302 (the "Property") and Michael T. Novick, Esq., representing the debtor, Jeffrey E. Newton, and the parties agreeing to the entry of the Order settling the Objection, and for good cause shown; it is

**ORDERED AND DECREED** as follows:

1. This Order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. Debtor filed a Modified Chapter 13 Plan on December 29, 2021, which did not provide for payment of pre-petition arrears of the Secured Creditor.

3. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is $2,875.56 as set forth in Secured Creditor's filed Amended Proof of Claim 12, filed December 28, 2020.

4. That Debtor will pay directly to Creditor MidFirst Bank monthly contractual post-petition mortgage payments to the secured creditor, which is subject to change in accordance with the terms of the note and mortgage.

5. Debtor will continue to make payments of the administrative claims, and previously agreed to order.

[SPACE INTENTIONALLY LEFT BLANK]

2

6. Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

**We hereby consent to the form and entry of the above Order.**

/s/ Ashley M Pascuzzi
Ashley M Pascuzzi, Esq.
Attorney for Secured Creditor, MidFirst Bank


/s/ Moshe Rothenberg, Esq.
Moshe Rothenberg
Attorney for Debtor

3

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14571-ABA |
| Jeffrey E Newton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 07, 2022 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey E Newton, 1021 Buckshutem Road, Bridgeton, NJ 08302-3127 |
| aty | + | Michael T. Novick, Law Office of Milton W. Brown, 38 North Broad Street, Woodbury, NJ 08096-4698 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 09, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Pascuzzi | on behalf of Creditor MIDFIRST BANK ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 07, 2022 | Form ID: pdf903 | Total Noticed: 2

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Lynn Therese Nolan
on behalf of Creditor MIDFIRST BANK ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Moshe Rothenberg
on behalf of Debtor Jeffrey E Newton moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com

Rebecca Ann Solarz
on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10