Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14571−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey E Newton
   1021 Buckshutem Road
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−5521

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 27, 2022.

Dated: July 27, 2022
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey E Newton  
  Debtor

Case No. 20-14571-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1                                   User: admin                                   Page 1 of 3  
Date Rcvd: Jul 27, 2022                            Form ID: plncf13                              Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++++       Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey E Newton, 1021 Buckshutem Road, Bridgeton, NJ 08302-3127 |
| aty | + | Michael T. Novick, Law Office of Milton W. Brown, 38 North Broad Street, Woodbury, NJ 08096-4698 |
| 518768880 | | Eagles Trace Owners Management, PO Box 1227, Harrisonburg, VA 22803-1227 |
| 518803676 | + | Figi's Gifts, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518931077 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MIDFIRST BANK, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518768885 | | Meridian Financial, 1636 Hendersonville Rd Ste 135, Asheville, NC 28803-3057 |
| 518781606 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jul 27 2022 20:40:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518768877 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 27 2022 20:40:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034-1846 |
| 518768874 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 20:50:35 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518768875 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2022 20:40:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 518803682 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:41:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768876 | | Email/Text: bankruptcy@credencerm.com | Jul 27 2022 20:41:00 | Credence Resource Managememt, PO Box 2300, Southgate, MI 48195-4300 |
| 518768878 | | Email/Text: clientservices@credit-control.com | Jul 27 2022 20:40:00 | Credit COntrol LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 518803680 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:40:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768879 | | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:40:00 | Dr Leonards/Carol Wright, 1515 S 21st St, Clinton, IA 52732-6676 |
| 518768881 | | Email/Text: bknotice@ercbpo.com | Jul 27 2022 20:41:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |

Case 20-14571-ABA    Doc 84    Filed 07/29/22    Entered 07/30/22 00:14:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: plncf13 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 518803672 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:40:00 | Figi's Gallery, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768882 | | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:40:00 | Figis, PO Box 77001, Madison, WI 53707-1001 |
| 518768883 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 27 2022 20:50:49 | First Premier bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518768884 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 27 2022 20:41:00 | Genesis card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 518824793 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2022 20:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518779089 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 20:50:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518795399 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2022 20:50:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518899848 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 27 2022 20:50:35 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73318-6077, MidFirst Bank, Bankruptcy Dept. 73118-6051 |
| 518899847 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 27 2022 20:50:22 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518768886 | | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:41:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518803684 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:41:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768887 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 20:40:00 | Nationstar, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518809187 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 20:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 518768888 | | Email/Text: banko@preferredcredit.com | Jul 27 2022 20:40:00 | Preferred Credit, PO Box 1679, Saint Cloud, MN 56302-1679 |
| 518840212 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2022 20:40:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518805347 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2022 20:40:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518768889 | | Email/Text: ngisupport@radiusgs.com | Jul 27 2022 20:40:00 | Radius Global Solutions, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3132 |
| 518768890 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 20:50:43 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518803674 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:41:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518803678 | + | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:40:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518770609 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 20:50:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518768891 | | Email/Text: bankruptcy@sccompanies.com | Jul 27 2022 20:41:00 | The Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518768892 | | Email/Text: bnc-bluestem@quantum3group.com | Jul 27 2022 20:41:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Pascuzzi | on behalf of Creditor MIDFIRST BANK ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Lynn Therese Nolan | on behalf of Creditor MIDFIRST BANK ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Moshe Rothenberg | on behalf of Debtor Jeffrey E Newton moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10