Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-14571 (ABA)

Jeffrey E. Newton  
1021 Buckshutem Road  
Bridgeton, NJ  08302

Monthly Payment: $218.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2022 | $60.00 | 02/22/2022 | $60.00 | 03/14/2022 | $60.00 | 03/30/2022 | $60.00 |
| 05/10/2022 | $60.00 | 05/17/2022 | $60.00 | 08/02/2022 | $170.00 | 12/13/2022 | $203.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JEFFREY E. NEWTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $400.00 | $311.27 | $88.73 | $243.66 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $900.00 | $513.91 | $386.09 | $219.73 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $400.00 | $0.00 | $400.00 | $0.00 |
| 1 | CAPITAL ONE BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | COUNTRY DOOR | 33 | $1,099.94 | $0.00 | $1,099.94 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $447.21 | $0.00 | $447.21 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION | 24 | $132.22 | $132.22 | $0.00 | $0.00 |
| 5 | CREDIT CONTROL LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DR. LEONARDS SHOP NOW | 33 | $232.36 | $0.00 | $232.36 | $0.00 |
| 7 | EAGLES TRACE OWNERS MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ENHANCED RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FIGI'S COMPANIES, INC. | 33 | $243.93 | $0.00 | $243.93 | $0.00 |
| 10 | FIRST PREMIER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $514.82 | $0.00 | $514.82 | $0.00 |
| 12 | MERRICK BANK | 33 | $1,476.77 | $0.00 | $1,476.77 | $0.00 |
| 13 | MONTGOMERY WARD | 33 | $830.87 | $0.00 | $830.87 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $2,875.56 | $199.34 | $2,676.22 | $0.00 |
| 15 | PREFERRED CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | RADIUS GLOBAL SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SEARS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | THE SWISS COLONY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,333.09 | $0.00 | $3,333.09 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $743.95 | $0.00 | $743.95 | $0.00 |
| 24 | STONEBERRY | 33 | $402.09 | $0.00 | $402.09 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | SEVENTH AVENUE | 33 | $525.95 | $0.00 | $525.95 | $0.00 |
| 26 | FIGI'S COMPANIES, INC. | 33 | $288.97 | $0.00 | $288.97 | $0.00 |
| 27 | QUANTUM3 GROUP, LLC | 33 | $599.24 | $0.00 | $599.24 | $0.00 |
| 28 | QUANTUM3 GROUP, LLC | 33 | $688.05 | $0.00 | $688.05 | $0.00 |
| 29 | MIDFIRST BANK | 13 | $531.00 | $413.21 | $117.79 | $323.46 |
| 30 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | MIDFIRST BANK | 13 | $350.00 | $233.33 | $116.67 | $144.44 |
| 32 | CREDIT ACCEPTANCE CORPORATION | 33 | $12,515.42 | $0.00 | $12,515.42 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2020 | 27.00 | $0.00 |
| 07/01/2022 | Paid to Date | $1,796.69 |
| 08/01/2022 | 2.00 | $203.00 |
| 10/01/2022 | 30.00 | $218.00 |
| 04/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $733.00 |
| Total paid to creditors this period: | $931.29 |
| Undistributed Funds on Hand: | $185.55 |
| Arrearages: | $687.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**