Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–14571–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jeffrey E Newton
  1021 Buckshutem Road
  Bridgeton, NJ 08302

Social Security No.:
  xxx–xx–5521

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            January 16, 2024
Time:                10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*92* – Certification in Opposition to (related document:91 Creditor's Certification of Default (related document:37 Motion for Relief from Stay re: re: 1021 Buckshutem Road, Bridgeton, NJ 08302. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, Motion for Relief from Co–Debtor Stay of Barbara Allen–Newton, 59 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 12/11/2023. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Moshe Rothenberg on behalf of Jeffrey E Newton. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.


Dated: December 12, 2023
JAN: lgr

                                                    Jeanne Naughton
                                                    Clerk