UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Jeffrey Newton & Barbara Allen-Newton,

Debtors.

Case No.:      20-14571-ABA

Chapter:            13

Hearing Date:    01/16/2024

Judge:            Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 91)

_____

Date: 01/11/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*