Printed on: 01/02/2024
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 20-14571 (ABA)

Jeffrey E. Newton
1021 Buckshutem Road
Bridgeton, NJ  08302

Monthly Payment: $218.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

### For the period of 01/01/2023 to 12/31/2023
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2023 | $340.00 | 02/07/2023 | $340.00 | 03/07/2023 | $340.00 | 04/13/2023 | $340.00 |
| 05/09/2023 | $340.00 | 06/07/2023 | $300.00 | 06/21/2023 | $40.00 | 08/08/2023 | $180.00 |
| 08/08/2023 | $180.00 | 10/17/2023 | $210.00 | 11/13/2023 | $220.00 | 12/12/2023 | $240.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JEFFREY E. NEWTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $88.73 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $386.09 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | CAPITAL ONE BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | COUNTRY DOOR | 33 | $1,099.94 | $0.00 | $1,099.94 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $447.21 | $0.00 | $447.21 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION | 24 | $132.22 | $132.22 | $0.00 | $0.00 |
| 5 | CREDIT CONTROL LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DR. LEONARDS SHOP NOW | 33 | $232.36 | $0.00 | $232.36 | $0.00 |
| 7 | EAGLES TRACE OWNERS MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ENHANCED RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FIGI'S COMPANIES, INC. | 33 | $243.93 | $0.00 | $243.93 | $0.00 |
| 10 | FIRST PREMIER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $514.82 | $0.00 | $514.82 | $0.00 |
| 12 | MERRICK BANK | 33 | $1,476.77 | $0.00 | $1,476.77 | $0.00 |
| 13 | MONTGOMERY WARD | 33 | $830.87 | $0.00 | $830.87 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $2,875.56 | $1,833.95 | $1,041.61 | $1,634.61 |
| 15 | PREFERRED CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | RADIUS GLOBAL SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SEARS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | THE SWISS COLONY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,333.09 | $0.00 | $3,333.09 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $743.95 | $0.00 | $743.95 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | STONEBERRY | 33 | $402.09 | $0.00 | $402.09 | $0.00 |
| 25 | SEVENTH AVENUE | 33 | $525.95 | $0.00 | $525.95 | $0.00 |
| 26 | FIGI'S COMPANIES, INC. | 33 | $288.97 | $0.00 | $288.97 | $0.00 |
| 27 | QUANTUM3 GROUP, LLC | 33 | $599.24 | $0.00 | $599.24 | $0.00 |
| 28 | QUANTUM3 GROUP, LLC | 33 | $688.05 | $0.00 | $688.05 | $0.00 |
| 29 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $117.79 |
| 30 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $116.67 |
| 32 | CREDIT ACCEPTANCE CORPORATION | 33 | $12,515.42 | $0.00 | $12,515.42 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2020 | 27.00 | $0.00 |
| 07/01/2022 | Paid to Date | $1,796.69 |
| 08/01/2022 | 2.00 | $203.00 |
| 10/01/2022 | 30.00 | $218.00 |
| 04/01/2025 | Projected end of plan | |

Total payments received this period: $3,070.00

Total paid to creditors this period: $2,743.89

Undistributed Funds on Hand: $216.96

Arrearages: $451.00

Attorney: MOSHE ROTHENBERG, ESQUIRE

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**