Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14571−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey E Newton
   1021 Buckshutem Road
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−5521

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 16, 2025
JAN: har

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14571-ABA |
| Jeffrey E Newton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 16, 2025 | Form ID: 148 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey E Newton, 1021 Buckshutem Road, Bridgeton, NJ 08302-3127 |
| aty | + | Michael T. Novick, Law Office of Milton W. Brown, 38 North Broad Street, Woodbury, NJ 08096-4698 |
| 518768880 | | Eagles Trace Owners Management, PO Box 1227, Harrisonburg, VA 22803-1227 |
| 518931077 | | MIDFIRST BANK, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518781606 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | May 16 2025 20:50:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 518768877 | | Email/Text: ebnnotifications@creditacceptance.com | May 16 2025 20:50:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034-1846 |
| 518768878 | | Email/Text: correspondence@credit-control.com | May 16 2025 20:51:00 | Credit COntrol LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 518768874 | | EDI: CAPITALONE.COM | May 17 2025 00:40:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518768875 | | EDI: WFNNB.COM | May 17 2025 00:40:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 518803682 | + | EDI: CBS7AVE | May 17 2025 00:40:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768876 | | Email/Text: bankruptcy@credencerm.com | May 16 2025 20:51:00 | Credence Resource Managememt, PO Box 2300, Southgate, MI 48195-4300 |
| 518803680 | + | EDI: CBS7AVE | May 17 2025 00:40:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768879 | | EDI: CBS7AVE | May 17 2025 00:40:00 | Dr Leonards/Carol Wright, 1515 S 21st St, Clinton, IA 52732-6676 |
| 518803672 | + | EDI: CBS7AVE | May 17 2025 00:40:00 | Figi's Gallery, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518803676 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | May 16 2025 20:50:45 | Figi's Gifts, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768882 | | EDI: CBS7AVE | | |
| | | | May 17 2025 00:40:00 | Figis, PO Box 77001, Madison, WI 53707-1001 |
| 518768883 | | EDI: AMINFOFP.COM | | |
| | | | May 17 2025 00:40:00 | First Premier bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518768884 | + | EDI: PHINGENESIS | | |
| | | | May 17 2025 00:40:00 | Genesis card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 518824793 | | EDI: JEFFERSONCAP.COM | | |
| | | | May 17 2025 00:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518779089 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 16 2025 21:04:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518795399 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 16 2025 21:04:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518768885 | | Email/Text: compliance@merid.com | | |
| | | | May 16 2025 20:51:00 | Meridian Financial, 1636 Hendersonville Rd Ste 135, Asheville, NC 28803-3057 |
| 518899848 | + | EDI: AISMIDFIRST | | |
| | | | May 17 2025 00:40:00 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73318-6077, MidFirst Bank, Bankruptcy Dept. 73118-6051 |
| 518899847 | + | EDI: AISMIDFIRST | | |
| | | | May 17 2025 00:40:00 | MidFirst Bank, Bankruptcy Dept., 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518768886 | | EDI: CBS7AVE | | |
| | | | May 17 2025 00:40:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518803684 | + | EDI: CBS7AVE | | |
| | | | May 17 2025 00:40:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518768887 | | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | May 16 2025 20:50:00 | Nationstar, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518809187 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | May 16 2025 20:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 518768888 | | Email/Text: banko@preferredcredit.com | | |
| | | | May 16 2025 20:50:00 | Preferred Credit, PO Box 1679, Saint Cloud, MN 56302-1679 |
| 518840212 | | EDI: Q3G.COM | | |
| | | | May 17 2025 00:40:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518805347 | | EDI: Q3G.COM | | |
| | | | May 17 2025 00:40:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518768889 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | May 16 2025 20:50:00 | Radius Global Solutions, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3117 |
| 518768890 | | EDI: CITICORP | | |
| | | | May 17 2025 00:40:00 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518803674 | + | EDI: CBS7AVE | | |
| | | | May 17 2025 00:40:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518803678 | + | EDI: CBS7AVE | | |
| | | | May 17 2025 00:40:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518770609 | ^ | MEBN | | |
| | | | May 16 2025 20:50:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518768891 | | EDI: CBS7AVE | | |
| | | | May 17 2025 00:40:00 | The Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518768892 | | EDI: BLUESTEM | | |
| | | | May 17 2025 00:40:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

Case 20-14571-ABA    Doc 103    Filed 05/18/25    Entered 05/19/25 00:14:40    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: 148 | Total Noticed: 41 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518768881 | ## | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Ashley Pascuzzi | on behalf of Creditor MIDFIRST BANK ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Lynn Therese Nolan | on behalf of Creditor MIDFIRST BANK LynnNolan@SilvermanGroup.net lnolan@grosspolowy.com |
| Moshe Rothenberg | on behalf of Debtor Jeffrey E Newton moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10